IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-569-MOC-DCK

| | |
|---|---|
| VIVA HEALTHCARE PACKAGING LTD, VIVA HEALTHCARE PACKAGING (HK) LTD., and VIVA HEALTHCARE PACKAGING (USA) INC., <br><br>Plaintiffs, <br><br>v. <br><br>CTL PACKAGING USA INC, and TUBOPLAST HISPANIA, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 53) filed by Russ Ferguson, concerning Christine Holleman Dupriest on October 14, 2013. Ms. Christine Holleman Dupriest seeks to appear as counsel *pro hac vice* for Defendants CTL Packaging USA, Inc. and Tuboplast Hispania. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 53) is **GRANTED.** Ms. Christine Holleman Dupriest is hereby admitted *pro hac vice* to represent Defendants CTL Packaging USA, Inc. and Tuboplast Hispania.

**SO ORDERED**.

Signed: October 15, 2013

David C. Keesler
United States Magistrate Judge