IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-569-MOC-DCK

| | |
|---|---|
| VIVA HEALTHCARE PACKAGING LTD, VIVA HEALTHCARE PACKAGING (HK) LTD., and VIVA HEALTHCARE PACKAGING (USA) INC., <br><br> Plaintiffs, <br><br> v. <br><br> CTL PACKAGING USA INC, and TUBOPLAST HISPANIA, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 51) filed by Russ Ferguson, concerning Kara Lacy Boyle on October 14, 2013. Ms. Kara Lacy Boyle seeks to appear as counsel *pro hac vice* for Defendants CTL Packaging USA, Inc. and Tuboplast Hispania. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 51) is **GRANTED.** Ms. Kara Lacy Boyle is hereby admitted *pro hac vice* to represent Defendants CTL Packaging USA, Inc. and Tuboplast Hispania.

**SO ORDERED**.

Signed: October 15, 2013

David C. Keesler
United States Magistrate Judge