IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00569-MOC-DSC

| | |
|---|---|
| VIVA HEALTHCARE PACKAGING LTD, et. al., )<br> )<br>       Plaintiffs, )<br> )<br>v. )<br> )<br>CTL PACKAGING USA INC, et. al., )<br> )<br>       Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Damon C. Andrews]" (document #98) filed September 24, 2014. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: September 24, 2014

_____
David S. Cayer
United States Magistrate Judge