UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00569-MOC-DSC

| | | |
|---|---|---|
| Viva Healthcare Packaging, Ltd., <br> Viva Healthcare Packaging (HK) Ltd., and <br> Viva Healthcare Packaging (USA) Inc., <br>     Plaintiffs, <br> v. <br> CTL Packaging USA, Inc. and Tuboplast Hispania, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | ORDER |
| CTL Packaging USA, Inc., <br>     Counterclaim Plaintiff, <br> v. <br> Viva Healthcare Packaging Ltd., <br> Viva Healthcare Packaging (HK) Ltd., and <br> Viva Healthcare Packaging (USA) Inc., <br>     Counterclaim Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |

**THIS MATTER** is before the court on the parties' Joint Motion for Claim Construction Hearing (#97) and the Claim Construction briefs filed by the respective parties (#s 84, 88, 91, 93, and 95). Having conducted an initial review of such pleadings, the court will calendar a Markman hearing for November 12, 2014, at 8:45 a.m. The parties may present evidence, including expert testimony, as they deem appropriate. They will be allowed three and a half hours to do so. If the court believes that more time is warranted, it will, in its discretion, grant extra time to the parties.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the clerk of court is instructed to place this matter on the civil motions calendar for November 12, 2014 at 8:45 a.m.

Signed: September 29, 2014

Max O. Cogburn Jr.
United States District Judge