UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00569-MOC-DSC

| | | |
|---|---|---|
| **VIVA HEALTHCARE PACKAGING USA INC** ) | | |
| **VIVA HEALTHCARE PACKAGING HK LTD** ) | | |
| **VIVA HEALTHCARE PACKAGING LTD,** ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| Vs. ) | ORDER | |
| ) | | |
| **CTL PACKAGING** ) | | |
| **TUBOPLAST HISPANIA** ) | | |
| **CTL PACKAGING USA INC,** ) | | |
| ) | | |
| Defendants. ) | | |

**THIS MATTER** is before the court on Plaintiffs' unopposed Motion for Leave to Submit Supplemental Amended Infringement Contentions (#119). Having considered Plaintiffs' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiffs' Motion for Leave to Submit Supplemental Amended Infringement Contentions (#119) is **GRANTED**, and Plaintiffs may now submit their proposed supplemental amended Infringement Contentions.

Signed: July 13, 2015

Max O. Cogburn Jr.
United States District Judge