# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| Viva Healthcare Packaging Ltd., Viva Healthcare Packaging (HK) Ltd., and Viva Healthcare Packaging (USA) Inc., <br><br> Plaintiffs, <br> v. <br><br> CTL Packaging USA, Inc. and Tuboplast Hispania, <br><br> Defendants. <br> CTL Packaging USA, Inc., <br><br> Counterclaim Plaintiff, <br> v. <br><br> Viva Healthcare Packaging Ltd., Viva Healthcare Packaging (HK) Ltd., and Viva Healthcare Packaging (USA) Inc., <br><br> Counterclaim Defendants. | 3:13-cv-569-MOC-DSC <br><br><br><br><br><br> **ORDER** |

**THIS MATTER** is before the Court on Defendants' "Motion to Compel" (document #113) and "Motion for a Hearing …" (document #131), as well as the parties' associated briefs and exhibits.

Defendants seek an order compelling Plaintiffs (1) to produce documents under their control and in the possession of Zestron Research Pty Ltd. ("Zestron") and (2) to designate an individual who will testify concerning information and documents in Zestron's possession pursuant to Fed. R. Civ. P. 30(b)(6) and the Notice of Deposition served upon Plaintiffs. The parties disagree as to whether Defendants may seek production from Plaintiffs or directly from Zestron through

the Hague Convention. There is no dispute that the documents and testimony at issue are discoverable. For the reasons stated in Defendants' briefs, their Motion to Compel (document #113) is **GRANTED**.

Within thirty days of this Order, Plaintiffs shall produce all such responsive documents in their control and in Zestron's possession, and designate an individual to be deposed.

Defendants' "Motion for a Hearing …" (document #131) is **DENIED AS MOOT**.

The Clerk is directed to send copies of this Order to counsel of the parties <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

_____
David S. Cayer
United States Magistrate Judge