# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-00569-MOC-DSC

| | |
|---|---|
| VIVA HEALTHCARE PACKAGING LTD, et al., )<br> )<br>      Plaintiffs, )<br> )<br>v. )<br> )<br>CTL PACKAGING USA INC, et al., )<br> )<br>      Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Plaintiffs' Motion for Relief from Protective Order" (document # 155) and the parties' briefs and exhibits (documents ##156, 157, 158, 163, 164 and 165). Plaintiffs seek an order from the Court granting them relief from the Protective Order governing discovery in this case.

For the reasons stated in Defendants' response, the Motion will be <u>denied.</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

    **SO ORDERED**.

Signed: February 8, 2016

_David S. Cayer_
David S. Cayer
United States Magistrate Judge