# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-00569-MOC-DSC

| | |
|---|---|
| VIVA HEALTHCARE PACKAGING LTD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CTL PACKAGING USA INC, et al., )<br>)<br>Defendants. ) | ORDER |

**THIS MATTER** is before the Court on "Plaintiffs' Motion to Compel Production of Documents" (document # 159) and the parties' briefs and exhibits (documents ##160, 161, 168, 169, 170, 173, 174 and 175). Plaintiffs seek an order from the Court compelling Defendants to produce four documents which Defendants produced during discovery and are now seeking to "claw back".

For the reasons stated in Defendants' Response, the Motion will be <u>denied.</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: February 9, 2016

_____
David S. Cayer
United States Magistrate Judge