UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00569-MOC-DSC

| | | |
|---|---|---|
| VIVA HEALTHCARE PACKAGING USA INC | ) | |
| VIVA HEALTHCARE PACKAGING HK LTD | ) | |
| VIVA HEALTHCARE PACKAGING LTD, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| CTL PACKAGING | ) | |
| TUBOPLAST HISPANIA | ) | |
| CTL PACKAGING USA INC, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on plaintiffs' Motion to Reschedule Hearing. For good cause shown, that request will be granted as it appears that all parties are available on that date and are agreeable to having the motions heard during the Asheville Motions Calendar. Having considered plaintiffs' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiffs' Motion to Reschedule Hearing (#286) is GRANTED, and the motions hearing scheduled by Order (#285) for April 13, 2016, is RESCHEDULED for May 4, 2016, at 2 p.m. in Asheville during the regular Asheville Motions Calendar.

Signed: March 30, 2016

Max O. Cogburn Jr.
United States District Judge