# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-00569-MOC-DSC

| | | |
|---|---|---|
| VIVA HEALTHCARE PACKAGING LTD et. al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| CTL PACKAGING USA INC et. al., | ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Sana Chaudhry and Michael Milea]" (documents #301-302) filed April 22, 2016. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.   Signed: April 22, 2016

_____
David S. Cayer
United States Magistrate Judge