# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| Viva Healthcare Packaging Ltd., Viva Healthcare Packaging (HK) Ltd., and Viva Healthcare Packaging (USA) Inc., <br><br> Plaintiffs, <br> v. <br><br> CTL Packaging USA, Inc. and Tuboplast Hispania, <br><br> Defendants. | 3:13-cv-569-MOC-DSC |
| CTL Packaging USA, Inc., <br><br> Counterclaim Plaintiff, <br> v. <br><br> Viva Healthcare Packaging Ltd., Viva Healthcare Packaging (HK) Ltd., and Viva Healthcare Packaging (USA) Inc., <br><br> Counterclaim Defendants. | **ORDER ON PRETRIAL SCHEDULE** |

NOW COMES this Honorable Court upon the above-captioned parties' Joint Motion For Order On Pretrial Schedule and having conferred with the chambers of the Honorable Max O. Cogburn, Jr., the Motion is **GRANTED**.

In accordance with the Local Civil Rules of the Western District of North Carolina and pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Court enters the following Joint Pretrial Schedule in this matter:

## DEADLINES

| | |
|---|---|
| Party bearing burden of proof to provide proposed jury instructions and statement of issues as to issues for which that party bears burden of proof | August 15, 2016 |
| Mutual exchange of witness lists | August 15, 2016 |

| | |
|---|---|
| Meet-and-confer regarding motions in *limine* to seek agreement on some motions | August 18, 2016 |
| File motions in *limine*, with each memorandum of law in support of a motion not to exceed ten pages | August 22, 2016 |
| File joint statement of agreed-to motions in *limine* | August 22, 2016 |
| Mutual exchange of exhibit lists and deposition testimony designations | August 22, 2016 |
| Exchange waivers of claims or defenses that have been abandoned by any party | August 22, 2016 |
| Exchange statement of special damages | August 22, 2016 |
| Final pre-trial conference set by the Court | August 22, 2016 |
| Party not bearing burden of proof to provide responses to jury instructions and statement of issues | August 25, 2016 |
| Parties to exchange proposed verdict forms, stipulations of fact, and questions for voir dire | August 25, 2016 |
| Parties to meet and confer to discuss 1) statement of issues; 2) stipulations of fact; 3) proposed jury instructions; 4) questions for voir dire; and 5) verdict forms | August 29, 2016 |
| Mutual exchange of 1) objections to exhibit lists and 2) objections to designated deposition testimony and counter designations | September 2, 2016 |
| Subpoena all witnesses | September 2, 2016 |
| Discuss possibility of settlement | September 2, 2016 |
| Exchange numbered copies of exhibits and exhibit lists | September 2, 2016 |
| Agree upon and file stipulations of fact | September 2, 2016 |

| | |
|---|---|
| Agree upon and file issues of fact and law that remain to be litigated. If counsel cannot agree upon the issues, each party is directed to write its own version and file it with the Court. | September 2, 2016 |
| File proposed jury instructions—each instruction to be numbered and on a separate page with supporting citation(s) as a footnote | September 2, 2016 |
| File requested questions for voir dire | September 2, 2016 |
| File verdict forms | September 2, 2016 |
| File oppositions to motions in *limine*, with each opposition brief not to exceed ten pages | September 5, 2016 |
| Mutual exchange of objections to deposition testimony counter-designations | September 6, 2016 |
| Parties to meet and confer regarding stipulations of authenticity of as many proposed exhibits as possible and also as to foundation, waiver of the best evidence rule, and to those exhibits which may be received into evidence at start of trial | September 7, 2016 |
| File deposition testimony to be offered as evidence at trial, objections thereto, counter-designations, and objections thereto | September 9, 2016 |
| File and serve exhibit list with objections | September 9, 2016 |
| File and serve witness list | September 9, 2016 |
| File trial brief addressing all questions of law and anticipated evidentiary issues | September 9, 2016 |
| Inspection of all physical exhibits each party intends to use at trial | September 16, 2016 |

| | |
|---|---|
| Exchange, by email, copies of demonstratives and list of exhibits to be used in opening | September 18, 2016 |
| Exchange, by email, objections to demonstratives to be used in opening | September 18, 2016 |
| File stipulations regarding authenticity of as many proposed exhibits as possible and also as to foundation, waiver of the best evidence rule, and to those exhibits which may be received into evidence at start of trial | September 19, 2016 |
| File list of expert qualifications unless expertise stipulated to by parties | September 19, 2016 |
| Trial Ready Date | September 19, 2016 |
| Parties to provide, by email, names of witnesses and order of presentation of the witnesses | 10:00 pm two nights before witness expected to testify |
| Parties to disclose, by email, lists of exhibits to be used with each witness; and any changes to names of witnesses, and to order of presentation of the witnesses | 7:00 pm the day before witness expected to testify |
| Exchange, by email, copies of demonstrative exhibits other than for opening and closing | 7:00 pm the day prior to expected use |
| Exchange, by email, objections to demonstrative exhibits other than for opening and closing | 10:00 pm on the day received (the day prior to expected use) |
| Exchange, by email, copies of demonstratives to be used in closing | 8:00 pm the day prior to closing arguments, with timing to be adjusted as necessary depending on timing of the closing |
| Exchange, by email, objections to demonstratives to be used in closing | 11:00 pm on the day received (the day prior to closing arguments), with timing to be adjusted as necessary depending on timing of the closing |

**SO ORDERED**.

Signed: August 11, 2016

David S. Cayer
United States Magistrate Judge