UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00569-MOC-DSC

| | |
|---|---|
| VIVA HEALTHCARE PACKAGING USA INC, ) <br> VIVA HEALTHCARE PACKAGING HK LTD, ) <br> VIVA HEALTHCARE PACKAGING LTD, ) <br> ) <br> Plaintiffs, ) <br> ) <br> Vs. ) <br> ) <br> CTL PACKAGING USA INC and TUBOPLAST ) <br> HISPANIA, ) <br> ) <br> Defendants. ) | ORDER |

**THIS MATTER** is before the court on the parties' Joint Motion to Administratively Close the Case (#364) based on a settlement agreement, which they state they have reached but not yet finalized. Having considered the motion and reviewed the pleadings, the court finds that the proper recourse would be to keep this case open but continue it to the next trial term (on the court's own motion) while the parties finalize their settlement terms. While the court intends to take such course of action, it will require a representative of each party to appear in court on September 12, 2016 to state the status of the case on the record. The court therefore enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Joint Motion to Administratively Close the Case (#364) is **DENIED**.

**IT IS FURTHER ORDERED** that a representative of each party shall appear in court at 11:30 a.m. on September 12, 2016 to state on the record the status of this case as it pertains to settlement.

**IT IS FURTHER ORDERED** that the oral arguments calendared for Defendants' Motion to Construe the Term "Compatible" (#315) and Defendants' Motion for Reconsideration (#317), on September 12, 2016 are **CANCELLED.**

Signed: September 6, 2016

Max O. Cogburn Jr.
United States District Judge