UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00569-MOC-DSC

| | | |
|---|---|---|
| VIVA HEALTHCARE PACKAGING USA INC<br>VIVA HEALTHCARE PACKAGING HK LTD<br>VIVA HEALTHCARE PACKAGING LTD, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| Vs. | ) | ORDER |
| | ) | |
| CTL PACKAGING<br>TUBOPLAST HISPANIA<br>CTL PACKAGING USA INC, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the court's own Motion to Continue Trial based on settlement being placed on the record. Based on the representations of the parties, the court will continue this matter to the October 17, 2016, trial calendar and, as a matter of housekeeping, terminate all pending motions without prejudice as moot.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this matter is continued from the September 19, 2016, trial calendar to the October 17, 2016, trial calendar. The Clerk of Court is instructed to terminate without prejudice all pending motions as moot.

Signed: September 14, 2016



Max O. Cogburn Jr.
United States District Judge